**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| DENTAQUEST NATIONAL INSURANCE COMPANY, INC., *et al.*, | : : : : | Case No. 3:26-cv-00002 |
| Plaintiffs, | : | District Judge Michael J. Newman<br>Magistrate Judge Caroline H. Gentry |
| vs. | : : | |
| CARESOURCE MANAGEMENT SERVICES LLC, *et al.*, | : : : | |
| Defendants. | : | |

══════════════════════════════════════════════════

**ORDER FOR IN CAMERA INSPECTION**

══════════════════════════════════════════════════

Pending before the undersigned Magistrate Judge is a Motion for Protective Order. (Doc. No. 27.) The Motion was filed by Plaintiffs DentaQuest National Insurance Company, Inc. and DentaQuest USA Insurance Company, Inc. (collectively, "DentaQuest"). Defendant CareSource Management Services LLC ("CareSource") filed a Response opposing the Motion. (Doc. No. 30.) Defendant Delta Dental Plan of Ohio, Inc. ("Delta Dental") also filed a response. (Doc. No. 31.) DentaQuest filed a Reply. (Doc. No. 34.)

DentaQuest seeks to prevent public filing of certain parts of the Delegated Services Agreement ("Agreement") and other related documents between it and CareSource. (Doc. No. 27 at PageID 105.) Specifically, DentaQuest identifies several "portions of the Agreement and related contract documents [that should] be redacted or filed under seal." (Doc. No. 27 at PageID 113-14.) DentaQuest also asks the Court to prevent CareSource

from revealing DentaQuest's confidential and proprietary business information to Delta Dental. (*Id*. at PageID 106.)

The case is in its early stages. DentaQuest filed the Complaint on January 2, 2026, asserting claims for (1) breach of contract, (2) unjust enrichment, (3) declaratory judgment, (4) fraud, (5) negligent misrepresentation, (6) tortious interference with contract, and (7) violations of the Ohio Trade Secrets Act. (Doc. No. 1.) DentaQuest sues CareSource, with which it had a contract—the Agreement at issue in the Complaint—and Delta Dental, which DentaQuest alleges interfered with the contract. As summarized in the Complaint, DentaQuest alleges that:

> This action arises from CareSource's improper and invalid attempt to prematurely terminate its long-standing delegated services relationship with DentaQuest and to improperly replace DentaQuest with Delta Dental while the parties' agreement (as defined below, the "Agreement") remains in effect and without any valid right to terminate. These and other breaches by CareSource, as well as Delta Dental's tortious interference, have caused DentaQuest damages of approximately $20,000,000.

(Doc. No. 1 at PageID 1.)

DentaQuest filed the instant Motion on March 2, 2026, the day before CareSource was due to file its response to the Complaint. (*See* Doc. Nos. 24, 25, 29.) CareSource states that it "intends to file a complete copy of the Agreement and reference its relevant terms" when responding to the Complaint. (Doc. No. 24 at PageID 72.) Believing that public filing of the unredacted documents would be inappropriate and injurious, DentaQuest moved for a protective order. (Doc. No. 27, 26.) The Court stayed CareSource's response date until after the Motion is resolved. (Notation Order, 3/9/2026.)

The undersigned has reviewed the parties' submissions and notes that both DentaQuest and CareSource support an *in camera* inspection of the relevant documents. (*See* Doc. No. 30 at PageID 148, n.11 ["CareSource requests that the Court permit it to provide a copy of the DQ-CS Agreement and the Termination Letter for an *in camera* inspection to evaluate Plaintiffs' Motion and the specific provisions identified."]; Doc. No. 34 at PageID 167, n.2 ["DentaQuest has consistently stated that the documents should be filed in full with the Court, and supports the Court's *in camera* review of them."].)

The Court therefore **ORDERS** DentaQuest to submit the Delegated Services Agreement and other documents at issue in its Motion for Protective Order for an *in camera* review. Specifically, DentaQuest shall submit:  (1) a full set of the unredacted documents; and (2) a proposed redacted version of each section, exhibit, or attachment it believes should be filed on the public docket in lieu of the unredacted document. (*See* Doc. No. 27 at PageID 113-14 [listing the "portions of the Agreement and related contract documents [that should] be redacted or filed under seal"].) DentaQuest shall submit the documents to the Clerk of Court on a USB drive, each document clearly labelled and in a text-searchable format. DentaQuest shall submit the documents by **May 19, 2026** and shall file a Notice that it has done so on the public docket. The Clerk of Court shall hold the submitted USB drive (with access to Court users only) and shall deliver it to the undersigned's chambers upon receipt.

**IT IS SO ORDERED**.

s/Caroline H. Gentry
Caroline H. Gentry
United States Magistrate Judge